UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                **DECISION AND ORDER**
                                                                         **12-CR-159S**

JOSE LUIS RIVERA DELGADO,

                Defendant.

1. On April 24, 2013, the Defendant entered into a written plea agreement (Docket No. 30) and pled guilty to a Count 1 of Indictment (Docket No. 1) charging a violation of Title 21 U.S.C. § 846 (attempt to possess with the intent to distribute cocaine).

2. On April 24, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 32) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's April 24, 2013, Report and Recommendation, the plea agreement, the Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's April 24, 2013, Report and Recommendation (Docket No. 32) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Jose Luis Rivera Delgado, is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 846.

SO ORDERED.

Dated: May 14, 2013
Buffalo, New York

                                                s/William M. Skretny
                                                WILLIAM M. SKRETNY
                                                     Chief Judge
                                        United States District Court